**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

February 12, 2020

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re: **United States v. Lauria, et al**
    **17 Cr. 449 (NSR)**

Dear Judge Roman:

I am appointed to represent Brian Rodriguez in the above matter. On January 23, 2020, I advised the Court that I did not anticipate filing pretrial motions to a likelihood of a resolution. (ECF Doc. No. 26). Apparently, my prediction was misguided since Mr. Rodriguez is no longer interested in the Government's plea offer. As I will be unable to comply with the current motion schedule in a timely manner, I therefore write to the Court to request an extension of the motion schedule as follows:

> Defense motions on or before Friday, March 6, 2020;
> Government answer on or before March 20, 2020;
> Sur-reply, if necessary, on or before March 27, 2020.

Given that trial is set for October 5, 2020, this request should not impact the rest of the current schedule. Counsel for co-defendants Lauria and Molina join in this application and the Government has no objection to the foregoing.

As always, thank you Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: All parties (By ECF)

---

*Handwritten endorsement:*

Application granted. The motion briefing schedule for all defendants is extended as set forth below. Clerk of the Court requested to terminate the motion (doc. 34).

Dated: Feb. 21, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020