

**MEMO ENDORSED**

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

March 16, 2020

Hon. Nelson S. Roman
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

The application is  X  granted.
                    ___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: March 17, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 37).

Re:   United States v. Anthony Lauria
      Case No.: 19 Cr. 449 (NSR)

Dear Judge Roman,

    I was assigned, pursuant to the Criminal Justice Act, to represent Anthony Lauria in the above referenced matter. Given that we are entering into uncertain times due to the Coronavirus, we have made the decision to close our physical office but are continuing to work remotely. In an effort to keep all of our employees on payroll and maintain their health insurance, we respectfully request that the Court authorize interim billing in this case.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2020

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724