UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

USA,

- against -

ANTHONY LAURIA,

       Defendant(s).
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2020

**AMENDED SCHEDULING ORDER**

19 Cr. 449-01 (NSR)

ROMÁN, D.J.:

The above case is scheduled for **De Novo Bail Review teleconference on April 2, 2020 at 11:00 am.**

  ****PLEASE NOTE THE CHANGE IN THE SECURITY CODE.****

To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code:1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest; (4) Enter the Security Code: **0449#**. Please note that if you arrive to the teleconference before Chambers, you must wait on hold between Steps 3 and 4. Once Chambers enters the teleconference, you will then be prompted to enter the Security Code.

  In preparation for and while engaging in a teleconference, please follow these guidelines:

  1. Use a landline whenever possible.

  2. Use handset rather than speakerphone.

  3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

SO ORDERED.

Dated: White Plains, New York
April 1, 2020

_____
Hon. Nelson S. Román, U.S.D.J.