**MEMO ENDORSED**

# TANNER & ORTEGA, L.L.P.
### ATTORNEYS AT LAW
### WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA

*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

The application is  X  granted.
   ___ denied.

_____
Nelson S. Román, U.S.D.J.
Dated: April 24, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 49).

April 22, 2020

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *USA v. Lauria, et al.*, 19 Cr. 449 (NSR)
      **Request for Extension of Suppression Motion Schedule**

Dear Judge Roman:

I write to the Court on behalf of my client, Brian Rodriguez, to request an extension of the motion schedule previously extended and currently due on April 27, 2020. (ECF Doc No. 40). As the Court is aware, in light of the Covid-19 Pandemic, Chief Judge Colleen McMahon has issued a Standing Order, dated April 20, 2020, suspending all jury trials in this district until further notice[1]. Due to my recent and ongoing efforts[2] to assist many current and former clients with time consuming applications to the Federal Bureau of Prisons, pursuant to 18 USC §3624 and/or by motion to this Court, pursuant to 18 USC §3582(c)(1)(A), I will be unable to file my pretrial suppression motions in a timely manner.

I therefore respectfully an extension of the motion schedule for six weeks so that defense motions would now be due by June 8, 2020, Government response due by June 29, 2020 and sur-replies due by July 6, 2020.

Co-counsels Samuel Braverman, Esq. (attorney for co-defendant Anthony Lauria) and Jason Ser, Esq. (attorney for co-defendant Anthony Molina) join in this application. AUSA Lindsey Keenan informs me that the Government has no objection.

Thank you, Your Honor, for your attention to this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  AUSA Lindsey Keenan (By ECF)
     Jason Ser, Esq. (By ECF)
     Samuel Braverman, Esq. (By ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2020

---

[1] See, *In Re: Coronavirus/Covid-19 Pandemic*, 20 MC 197 (CM), ECF Doc No. 1, at 2.

[2] Such work includes, but is certainly not limited to, consultations with clients and/or family members, drafting of correspondence, submission of orders for inmate medical records which are often voluminous, review of medical and other relevant client records such as pretrial or presentence investigation reports, and legal research. I expect these efforts to continue.