**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 13, 2020

BY ECF and EMAIL

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Anthony Lauria, et al.*, 19 Cr. 449 (NSR)

Dear Judge Román:

    The Government respectfully requests leave to file excess pages in opposition to the defendants' pretrial motions for suppression and other relief. (Dkt. Nos. 52, 54, 60). The Government's opposition exceeds 25 pages because it responds to three of the defendants' motions, each of which raised numerous separate issues.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

                         by:  /s/ Lindsey Keenan
                                      Lindsey Keenan
                                      Assistant United States Attorney
                                      (914) 993-1907

cc:  Samuel Braverman, Esq. (by ECF)
      Howard Tanner, Esq. (by ECF)
      Jason Ser, Esq. (by ECF)

*The application is [X] granted. / [ ] denied.*

*/s/ Nelson S. Román*
Nelson S. Román, U.S.D.J.
Dated: 7/14/2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 71).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2020