

**MEMO ENDORSED**

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

August 3, 2020

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Anthony Lauria*
Dkt. 19 Cr 449

The application is X granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: Aug. 3, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 76).

Dear Judge Román:

I write on behalf of my client Anthony Lauria, as well as Jason Ser, Esq. (counsel for Anthony Molina) and Howard Tanner, Esq. (counsel for Brian Rodriguez), and without objection from the Government, by AUSA Lindsey Keenan, to request that the Court extend the time to file our reply papers, presently due today.

I am informed that Jason Ser has spoken with the Government and the Government does not object to an extension until this Friday, August 7, 2020.

Therefore, I request that this Court modify the motion schedule to permit the defendants to file their reply papers by August 7, 2020. I thank the Court for its consideration of my request.

Respectfully submitted,

___s/ Sam Braverman___
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: All Parties (BY EMAIL AND ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2020

1

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724