

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

**MEMO ENDORSED**

February 24, 2021

*Via electronic filing*
Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York

Counsel's request to have Roberto Bettega terminated as counsel of record is granted. Clerk's Office is directed to terminate this attorney's notifications and terminate the motion (doc. 115).
Dated:  March 16, 2021
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Re:     *United States v. Anthony Lauria*
          Case No.: 19 Cr. 449 (NSR)  -01**

Dear Judge Roman,

     I am counsel for Defendant Anthony Lauria in the above-captioned matter. Roberto Bettega, an attorney previously with our firm, was appointed as associate counsel. Mr. Bettega is now no longer with our firm and is no longer representing Defendant Lauria. As such, I respectfully request that Mr. Bettega be terminated as an attorney of record. Additionally, I kindly ask that this Court direct the clerk to remove him from the docket so that he no longer receives electronic filing notifications.

Respectfully submitted,

s/Sam Braverman
Samuel M. Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2021

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724