MEMO ENDORSED

**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
4 8 Madison Avenue, 20ᵗʰ Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

April 19, 2021

*VIA ECF*
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Defts Molina and Lauria's requests to postpone/
stay the filing of motions in limine is granted as
follows: moving papers to be filed April 30, 2021;
response papers to be filed May 7, 2021; and
replies to be filed May 14, 2021.  Clerk of Court
requested to terminate the motions (docs. 128 &
129).
Dated:  April 19, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

RE:    *United States v. Anthony Molina*
       *7:19-CR-00449-NSR-3*

Honorable Roman;

        I, Dawn M. Florio, attorney at law, represent Anthony Molina on the above case
matter.  I am making an application to postpone the filing of the Motion in Limine until
your Honor has made a decision at the Attorney Appointment Hearing scheduled for April
22, 2021 @ 11am, in light of the fact that My client will not communicate with me.

        I am requesting that this application be acknowledged and considered.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/19/2021

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC:    AUSA Hagan Scotten
       AUSA Lindsey Keegan