USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA                  :

          -v-                                     :         S1 19-CR-449 (NSR)
                                               :            (01) and (03)
ANTHONY LURIA and ANTHONY MOLINA,  :
                                               :              ORDER
                      Defendants.             :
                                               :
------------------------------------------------------------------------X

Nelson S. Román, United States District Judge:

       The Government is directed (1) to provide a *Pimentel* letter by 3:00 PM on Wednesday, June 2, 2021; and (2) to respond to Defendant Molina's motion to sever (ECF No. 147) by 5:00 PM on Thursday, June 3, 2021.

Dated:  June 1, 2021                                  _____
         White Plains, NY                                Nelson S. Román, U.S.D.J