UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,

- against -

ANTHONY LAURIA and ANTHONY MOLINA,

       Defendant(s).

---------------------------------------------------------x

**RESCHEDULING ORDER**

S1 19 CR 449 (NSR)

NELSON S. ROMÁN, D.J.:

  Due to a technological difficulty in producing Defendant Anthony Lauria (01) to the U.S. Courthouse on June 3, 2021, it is hereby

  ORDERED that the **in-person Change of Plea / Final Pretrial Conference is rescheduled to June 4, 2021 at 10:00 am in Courtroom 218**.

  In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated: White Plains, New York
    June 3, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021