| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __7/15/2021__ |

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

*MEMO ENDORSED*

VIA ECF

July 14, 2021

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    USA v. Anthony Molina; 19 CR 449 (NSR)    (03)

Dear Judge Roman:

The defense filed post-verdict Rule 29 and 33 motions on June 29, 2021. With the consent of the Government by AUSA Lindsey Keenan, we are requesting that the Court approve and "so order" the following supplemental briefing schedule:

| August 6, 2021, | Defense Memorandum of Law |
| August 27, 2021, | Government Opposition |
| September 3, 2021, | Defense Reply |

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

The Court orders the following post-trial briefing schedule jointly proposed by the parties:
the Defendant's memorandum shall be filed on or before August 6, 2021; the Government's opposition shall be filed on or before August 27, 2021; the Defendant's reply shall be filed on or before September 3, 2021. The parties shall provide two hard courtesy copies of all motion papers as they are filed. Dated: July 15, 2021. The Clerk of Court is directed to termiante the motion at ECF No. 164.

SO ORDERED.

White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE