```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA    :
                              - v. -    :
    ANTHONY LAURIA,    :
                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER OF FORFEITURE/
MONEY JUDGMENT

S1 19 Cr. 449 (NSR) (01)

        WHEREAS, on or about December 8, 2020, ANTHONY LAURIA (the "Defendant"), was charged in a six-count Superseding Indictment S1 19 Cr. 449 (NSR) (the "Indictment"), with conspiracy to commit Hobbs Act Robbery and Hobbs Acy Robbery, in violation of Title 18, United States Code, Section 1951 (Counts One, Two, Four, and Five) and firearms offense, in violation of Title 18, United States Code, Section 924 (c)(1)(A)(ii) and 2 (Counts Three and Six);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, Four, and Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Four, and Five of the Indictment, including but not limited to a sum of money in United States currency representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about June 4, 2021, was convicted on Counts 1, 2, 4, and 5 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): (i) a sum of money

equal to $103,425.91 in United States currency, representing proceeds traceable to the commission of the offense charged in Counts One, Two, Four, and Five of the Indictment;

WHEREAS, IT IS HEREBY ORDERED THAT:

1. As a result of the offense charged in Counts One, Two, Four, and Five of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $103,425.91 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One, Two, Four, and Five of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture/Money Judgment is final as to the Defendant, ANTHONY LAURIA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

3/23/2022
DATE