USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

ANTHONY LAURIA,

               Defendant.

S1 19-cr-449-01 (NSR)

23-cv-09544 (NSR)

**ORDER**

---

NELSON S. ROMÁN, United States District Judge:

    The Court is in receipt of Mr. Anthony Lauria's petition for legal counsel, requesting that the Court appoint counsel to assist in his 28 U.S.C. § 2255 petition (the "Petition").

    Upon review of Mr. Lauria's petition, the Court GRANTS Mr. Lauria's request for CJA counsel. The Clerk of the Court is directed to assign an attorney from the CJA Habeas Panel.

    The Clerk of the Court is kindly directed to mail a copy of this Order to Mr. Lauria and show service on the docket.

Dated:   November 29, 2023
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

v.          Case No. S1 19-CR-449

ANTHONY LAURIA,
    Defendant/Petitioner.

### PETITION FOR LEGAL COUNSEL

COMES NOW the Petitioner, Anthony Lauria, and requests this Honorable Court to provide him with legal counsel in regard to his motion before the Court, pursuant to 28 U.S.C. §2255.

Petitioner requests counsel to protect his Constitutional rights in the best way available, as is guaranteed to him by the Sixth and Fourteenth Amendments of the United States Constitution. As the Petitioner is not a legal professional, he believes that the advice and assistance of an attorney would provide the best protection of his legal rights as a Petitioner before this Court, and would address any points that may develop in the proceedings.

Further, as the Petitioner is currently incarcerated, the appointment of counsel would facilitate all communications between this Honorable Court and the Petitioner, ensuring the greatest efficiency of the legal process.

WHEREFORE, the Petitioner humbly requests that this Honorable Court grant the request for appointment of counsel and grant any other protections or provisions that it may deem proper.

Respectfully submitted,

Anthony Lauria
Pro Se

RECEIVED
OCT 3 0 2023
U.S.D.C.
W.P.